JOSEPH VADALA v. WARDEN, STATE PRISON

It appearing that the plaintiff in the above-entitled case has failed to prosecute his appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Louis Parley,* for the appellant (plaintiff).

*William F. Gallagher,* special assistant state's attorney, for the appellee (defendant).

Argued October 7—decided October 7, 1975

HARTFORD AIRMOTIVE, INC. v. INSURANCE COMPANY OF NORTH AMERICA

It appearing that the plaintiff in the above-entitled case has failed to prosecute its appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the plaintiff files its assignment of errors on or before November 6, 1975.

*Stephen B. Horton,* for the appellant (plaintiff).

*Philip S. Walker,* for the appellee (defendant).